

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00740-CR

The **STATE** of Texas,
Appellant

v.

Juan Luis **BALTAZAR-PEREZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,801
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's order granting Appellee's application for pretrial writ of habeas corpus is REVERSED AND REMANDED for further proceedings consistent with this opinion.

SIGNED August 13, 2025.

_____
Velia J. Meza, Justice